UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MILES J. GUIDRY #733356** | **CASE NO. 6:23-CV-0632 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **TIM HOOPER, WARDEN** | **MAGISTRATE JUDGE WHITEHURST** |

### JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 10), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS, DONE AND SIGNED** in Chambers this _____ day of July, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE